Bob Carr,                                  From the 47th District Court
  Appellant                                    of Potter County

v. No. 07-05-00443-CV                      March 8, 2007

Guy's Plumbing                             Opinion by Judge Pirtle
  Appellee

J U D G M E N T

    Pursuant to the opinion of the Court dated March 8, 2007, it is ordered, adjudged

and decreed that the judgment of the trial court be affirmed.

    It is further ordered that appellant Bob Carr pay all costs in this behalf expended

for which let execution issue.

    It is further ordered that this decision be certified below for observance.

o O o